IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Will, Robert A | Case Number: 04 B 35888 |
|---|---|---|
| | Will, Kathy L | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 9/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 6, 2008
Confirmed: November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,776.00 | |
| Secured: | | 13,808.37 |
| Unsecured: | | 18,827.43 |
| Priority: | | 0.00 |
| Administrative: | | 1,569.00 |
| Trustee Fee: | | 1,903.20 |
| Other Funds: | | 668.00 |
| Totals: | 36,776.00 | 36,776.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lester A Ottenheimer III | Administrative | 1,569.00 | 1,569.00 |
| 2. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 12,228.37 | 12,228.37 |
| 4. | Dell Financial Services, Inc | Secured | 1,580.00 | 1,580.00 |
| 5. | Discover Financial Services | Unsecured | 1,888.42 | 2,898.03 |
| 6. | Dell Financial Services, Inc | Unsecured | 24.48 | 37.56 |
| 7. | Resurgent Capital Services | Unsecured | 411.27 | 631.15 |
| 8. | ECast Settlement Corp | Unsecured | 3,533.14 | 5,421.99 |
| 9. | American Express Centurion | Unsecured | 1,290.74 | 1,980.82 |
| 10. | American Express Travel Relate | Unsecured | 115.98 | 178.01 |
| 11. | ECast Settlement Corp | Unsecured | 359.36 | 551.48 |
| 12. | American General Finance | Unsecured | 1,263.78 | 1,939.43 |
| 13. | American Express Travel Relate | Unsecured | 1,959.11 | 3,006.48 |
| 14. | ECast Settlement Corp | Unsecured | 1,226.40 | 1,882.04 |
| 15. | Pier 1 Imports Inc | Unsecured | 195.75 | 300.44 |
| 16. | Crown Mortgage Company | Secured | | No Claim Filed |
| 17. | First Midwest Bank | Secured | | No Claim Filed |
| 18. | Best Buy | Unsecured | | No Claim Filed |
| 19. | Home Depot | Unsecured | | No Claim Filed |
| 20. | MBNA America | Unsecured | | No Claim Filed |
| 21. | Office Max | Unsecured | | No Claim Filed |
| 22. | Retailers National Bank | Unsecured | | No Claim Filed |
| 23. | MBNA America | Unsecured | | No Claim Filed |
| 24. | Target Financial Services | Unsecured | | No Claim Filed |
| 25. | Sears Roebuck & Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Will, Robert A | | Case Number: 04 B 35888 |
| Will, Kathy L | | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | | Filed: 9/28/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 27. | Mobil Bankruptcy | Unsecured | | No Claim Filed |
| 28. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,645.80 | $ 34,204.80 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 188.18 |
| 4% | 47.42 |
| 3% | 35.20 |
| 5.5% | 795.00 |
| 5% | 150.62 |
| 4.8% | 289.08 |
| 5.4% | 397.70 |
| | _____ |
| | $ 1,903.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

